UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:                                                                                              Bankr. Case No. 17-69050-LRC-13

Chester P Ramagos and Dana L Ramagos                                                                Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on December 5, 2017 :

Michael Andrew Graves
Suite 201
303 Perimeter Center N
Atlanta, GA 30346

Melissa J. Davey
260 Peachtree St., NW, #200
Atalant, GA 30303

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx87628 / 942161