UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CHESTER PAUL RAMAGOS AND** | ) | CASE NO. **17-69050-LRC** |
| **DANA LATRICE RAMAGOS** | ) | |
| *A/K/A DANA LATRICE LILES,* | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO RETAIN CORPORATE CREDIT CARD

COMES NOW Chester Paul Ramagos and Dana Latrice Ramagos a/k/a Dana Latrice Liles ("Debtors") in the above styled Chapter 13 case, and files this Motion to Retain Corporate Credit Card.

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 151 et seq. and 11 U.S.C. 101 et seq. Venue is appropriate pursuant to 28 U.S.C. § 1409. This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(A).

2.

Debtors filed for relief in the above-styled Chapter 13 case on November 1, 2017. The Chapter 13 Plan has not been confirmed.

3.

Debtor Husband is in possession of a corporate credit card that is used solely for business purposes. The corporate credit card is used to pay for regular business expenses necessary in Debtor's place of employment. Debtor's employer receives the corporate credit card statements and pays the bill monthly. The Debtor does not have anything to do with payments of the corporate credit card.

4.

Debtor Husband requests to maintain use of the corporate credit card so he may continue his job as required.

WHEREFORE Debtors pray:

a. That the Debtor Husband is allowed to retain the corporate credit card; and,

b. That this Court grants such other and further relief as it may deem just and proper.

Dated: August 20, 2018        /s/_____
Kelsey Makeever
GA Bar No. 371499
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CHESTER PAUL RAMAGOS AND** | ) | CASE NO. **17-69050-LRC** |
| **DANA LATRICE RAMAGOS** | ) | |
| *A/K/A DANA LATRICE LILES,* | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Debtors have filed a Motion to Retain Corporate Credit Card and related papers with the Court.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in **Courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia at 1:45 PM on September 25, 2018.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 20, 2018

/s/
Kelsey Makeever
GA Bar No. 371499
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CHESTER PAUL RAMAGOS AND** | ) | CASE NO. **17-69050-LRC** |
| **DANA LATRICE RAMAGOS** | ) | |
| *A/K/A DANA LATRICE LILES,* | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

     I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Retain Corporate Credit Card and Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

> Chester Paul Ramagos
> Dana Latrice Ramagos
> 1413 Preston Park Drive
> Duluth, GA 30096

*[See attached Creditor Mailing Matrix]*

     I further certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via ECF.

Dated: August 20, 2018

/s/
Kelsey Makeever
GA Bar No. 371499
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-69050-lrc<br>Northern District of Georgia<br>Atlanta<br>Mon Aug 20 10:17:52 EDT 2018 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| Capital One Auto Finance<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Capital One Auto Finance<br>PO Box 201347<br>Arlington, TX 76006-1347 | Capital One Auto Finance, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Craig A Cooper<br>The Semrad Law Firm, LLC<br>Suite 201<br>303 Perimeter Center North<br>Atlanta, GA 30346-3425 | Cortland Partners<br>3424 Peachtree Road<br>Suite 300<br>Atlanta, GA 30326-2818 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 |
| Department of Justice, Tax Division<br>75 Spring Street SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | First Financial Asset<br>P O BOX 12206<br>KNOXVILLE, TN 37912-0206 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Michael Andrew Graves<br>The Semrad Law Firm, LLC<br>Suite 201<br>303 Perimeter Center N<br>Atlanta, GA 30346-3425 | Megan Elaine Harsh<br>The Semrad Law Firm<br>Suite 201<br>303 Perimeter Center<br>Atlanta, GA 30346-3425 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service - Atl<br>401 W Peachtree St NW M/S 334D<br>Atlanta, GA 30308 | Craig B. Lefkoff<br>Lefkoff, Rubin, Gleason & Russo, PC<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 | Kelsey Alexandra Makeever<br>The Semrad Law Firm<br>Suite 201<br>303 Perimeter Center North<br>Atlanta, GA 30346-3425 |
| NCEP, LLC by AIS Data Services, LP as agent<br>P. O. Box 201347<br>c/o Marian Garza<br>Arlington, TX 76006-1347 | NCEP, LLC by AIS Portfolio Services, LP as a<br>P.O. Box 165028<br>Irving, TX 75016-5028 | NCEP, LLC, c/o AIS Portfolio Services, LP<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | Office of Attorney General<br>40 Capitol Sq Sw<br>Atlanta, GA 30334-9057 | PIONEER MCB<br>41 Douglas Dr #101<br>Oceanside, CA 92058-7866 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for Comenity Ban<br>PO Box 788<br>Attn: Dharminder S. Sandhu<br>Kirkland, WA 98083-0788 | Chester Paul Ramagos<br>1413 Preston Park Dr<br>Duluth, GA 30096-8826 |
| Dana Latrice Ramagos<br>1413 Preston Park Dr<br>Duluth, GA 30096-8826 | Santander Consumer USA<br>ATT POC: Janiscia Jackson PO Box 961245<br>Fort Worth, TX 76161-0244 | Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW, STOP 1000-D<br>Atlanta, GA 30308 |

| | | |
|---|---|---|
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | U.S. Department of Education<br>C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | U.S. Department of Education C/O Nelnet<br>121 S 13th St<br>Attn: Jordan Ratterree<br>Lincoln, NE 68508-1904 |
| United States Attorney's Office<br>75 Spring Street, S.W., Suite 600, U.S.<br>Atlanta, GA 30303-3309 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| WELLS FARGO BANK<br>Po Box 24605<br>West Palm Bch, FL 33416-4605 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>P O Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | (d)Americredit Financial Services, dba GM Fin<br>Po Box 183853<br>James Hogan, Jr<br>Arlington, TX 76096 |
| Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd.<br>Dallas, TX 75236 | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD. NE, SUITE 9100<br>ATLANTA, GEORGIA 30345-3205 | (d)Georgia Department of Revenue<br>1800 Century Boulevard<br>c/o T Truong<br>Atlanta, GA 30345 |
| Nissan Motor Acceptance<br>8900 Freeport Pkwy<br>Attn: Aimee Cobb<br>Irving, TX 75063 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     0<br>Total                  36 | |