## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

In Re:

CHESTER PAUL RAMAGOS AND DANA LATRICE RAMAGOS

    Debtor(s)

Case No. 17-69050

Claim No. : 4

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| NCEP, LLC by AIS Portfolio Services, LP as agent c/o AIS Portfolio Services, LP | NCEP, LLC by AIS Portfolio Services, LP as agent c/o AIS Portfolio Services, LP |
| P.O. Box 165028 | 4515 N Santa Fe Ave. Dept. APS |
| Irving, TX 75016 | Oklahoma City, OK 73118 |

/s/ Ashish Rawat

Date: 09/04/2018

Creditor's Authorized Agent for NCEP, LLC by AIS Portfolio Services, LP as agent c/o AIS Portfolio Services, LP