IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| **CHESTER PAUL RAMAGOS &** | { | CASE NO. **17-69050** - LRC |
| **DANA LATRICE RAMAGOS** | { | |
| | { | |
| DEBTORS | { | |

## APPLICATION FOR COMPENSATION

COMES NOW The Semrad Law Firm, LLC, counsel of record for Chester Paul Ramagos and Dana Latrice Ramagos, Debtors in the above-styled case, and files this Application for Compensation and respectfully represents the following:

1.

This case was commenced by the filing of a Voluntary Petition for relief in Bankruptcy under Chapter 13 of Title 11 of the United States Code on November 01, 2017. The Debtors' chapter 13 plan was not confirmed, and the case was dismissed on September 26, 2018.

2.

In accordance with the Attorney-Client Agreement agreed to and signed by the Debtors, pursuant to the Amended Disclosure of Compensation of Attorney for Debtors (Bankruptcy Rule 2016(b) Statement) (filed July 09, 2018, Doc. No. 23), and pursuant to Paragraph 4(B) of the Amended Chapter 13 plan (filed August 18 2018, Doc. No. 27), Counsel is entitled to a base fee and expenses of $4,360.00 ($4,050.00 attorneys fee and $310.00 filing fee expense).

3.

Prior to the dismissal of this case, Debtors paid $14,425.00 to the Chapter 13 Trustee. The Trustee has paid a total of $1,812.00 in adequate protection payments and has paid herself $972.71 as reasonable case administration fees. The remaining balance on hand is $11,640.29 as of the date of filing of this Application. Debtors' attorney requests the balance of any funds held by the Trustee after payment of the Trustee fee and Adequate Protection Payments, up to $4,360.00.

4.

General Order 22-2017 §4.2 provides that when a Chapter 13 case is dismissed prior to confirmation of the plan, Debtors' attorney is allowed an administrative expense in the amount of $2,500.00, or the fee set forth in the 2016(b) statement, whichever is less. Here, the fee set forth in the amended 2016(b) statement is also $2,500.00. However, under General Order 22-2017 §4.2, Debtor's attorney may request fees in excess of $2,500.00, but such request must be made within fourteen (14) days of the entry of the order dismissing the case. Accordingly, The Semrad Law Firm, LLC, counsel of record for Debtors, requests that this Court approve a total amount of $4,360.00 be disbursed by the Trustee to Debtors' counsel as compensation for services rendered in the instant case and for the expenses (filing fee of $310.00).

5.

As a supplement to the above, pursuant to Bankruptcy Rule 2016, Counsel has attached as Exhibit A, a detailed statement regarding the services provided and time spent on those services. Counsel reminds the Court that we do not bill on an hourly basis anticipated services as listed in the 2016(b) statement filed with the Court, instead Counsel and Debtors have agreed to a flat fee. As such, the times referenced in the supplement are Counsel's estimation based on a careful review of the Debtors' case and internal file. Counsel also notes, that the supplement provided is not meant to represent a comprehensive list of the amount of time spent and tasks accomplished by Debtors' counsel on behalf of the Debtors.

WHEREFORE, The Semrad Law Firm, LLC, prays for an order granting its Application as set forth above.

Dated: October 1, 2018

Respectfully submitted,

/s/
Craig A. Cooper
Ga. Bar No. 941033
The Semrad Law Firm, LLC
303 Perimeter Center North, Suite 201
Atlanta, Georgia 30346
404-909-8665
ccooper@semradlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | { | CHAPTER 13 |
|---|---|---|
| | { | |
| **CHESTER PAUL RAMAGOS &** | { | CASE NO. **17-69050** - LRC |
| **DANA LATRICE RAMAGOS** | { | |
| | { | |
| DEBTORS | { | |

**FEE APPLICATION SUPPLEMENT DETAILING TIME SPENT**

| DATE | TASK ACCOMPLISHED BY ATTORNEY | MINUETS |
|---|---|---|
| November 01, 2017 | Preparation of Chapter 13 Voluntary Petition, Plan, Paystubs, Credit Counseling Certificate, Valuations in addition to research and review of credit report, lien searches, tax assessments, review petition with Debtors, and case filing. | 185 |
| November 01, 2017 | Preparation and Filing of Employer Deduction Order (EDO) and follow up with Employer and about EDO. | 10 |
| November 15, 2017 | Discussion with Client: 341 Meeting, Financial Management Course, and the confirmation process, uploaded existing documents to Trustee's database | 25 |
| December 13, 2017 | Attendance of 341 Meeting of Creditors, not including travel time | 60 |
| December 13, 2017 | Discussion with Clients about re-set 341 meeting | 10 |
| December 21, 2017 | Attendance of 341 Meeting of Creditors, not including travel time | 60 |
| January 04, 2018 | Discussion with Client about attending Confirmation Hearing | 10 |
| January 18, 2018 | Attendance at Confirmation Hearing and Discussion with Ch. 13 Trustee, not including travel time. | 30 |
| January 19, 2018 | Drafting and Filing re-scheduled hearing dates for 341 meeting and confirmation hearings; Discussion with clients | 15 |
| February 21, 2018 | Discussion concerning attendance at 3rd 341 Hearing | 10 |
| February 28, 2018 | Attendance of 341 Meeting of Creditors, not including travel time | 60 |
| May 13, 2018 | In person meeting with clients: current objections, status of meeting of creditors. | 45 |
| April 10, 2018 | Attendance at Confirmation Hearing and Discussion with Ch. 13 Trustee, not including travel time. | 30 |
| April 18, 2018 | Drafting and Filing re-scheduled hearing dates for 341 meeting and confirmation hearings; Discussion with clients | 15 |
| May 22, 2018 | Attendance of 341 Meeting of Creditors, not including travel time | 60 |
| July 02, 2018 | Review of Trustee's Objections to Confirmation and Motion to Dismiss, Creditor's Objection to Confirmation and Motion to Dismiss and Communication regarding the same, drafted amendments, sent amendments | 45 |
| July 09, 2018 | Reviewed and processed proof documents produced by client to resolve the objections to confirmation. Filed amended forms and plan. Served amended plan | 45 |

| Date | Description | Minutes |
|---|---|---|
| July 12, 2018 | Review of claims drafted and filed certification of review of claims | 30 |
| August 01, 2018 | Discussion with clients concerning remaining objections and resolving those objections, request for documents | 20 |
| August 03, 2018 | Reminder: discussion with clients concerning remaining objections and resolving those objections, request for documents | 10 |
| August 06, 2018 | Reviewed and processed proof documents produced by client to resolve the objections to confirmation. | 15 |
| August 07, 2018 | Attendance at Confirmation Hearing and Discussion with Ch. 13 Trustee, not including travel time. | 30 |
| August 17, 2018 to August 20, 2018 | Discussion with clients concerning remaining objections and resolving those objections, request for documents. Drafted and filed amended plan and amended forms. Drafted, processed and filed affidavit | 60 |
| August 20, 2018 | Drafted, Filed, and Served Motion to Retain Corporate Credit Card | 60 |
| August 22, 2018 | Reviewed and processed proof documents produced by client to resolve the objections to confirmation. | 20 |
| September 13, 2018 to September 24, 2018 | Attempted communications re: outstanding objections | 30 |
| September 25, 2018 | Attendance at Confirmation Hearing and Discussion with Ch. 13 Trustee, not including travel time. | 30 |

Total Hours: 17 (1,020 Minuets) @
Attorney Hourly Rate: $300.00

**TOTAL REQUESTED DISBURSEMENT: $4,360.00 ($4,050.00 Attorneys Fees & $310.00 Expense/Filing Fees).**


Dated: October 1, 2018

                                             Respectfully submitted,

                                             _____/s/
                                             Craig A. Cooper
                                             GA Bar No. 941003
                                             The Semrad Law Firm, LLC
                                             303 Perimeter Center North. Suite 201
                                             Atlanta, GA 30346
                                             (678) 668-7160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| **CHESTER PAUL RAMAGOS &** | { | CASE NO. **17-69050** - LRC |
| **DANA LATRICE RAMAGOS** | { | |
| | { | |
| DEBTORS | { | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** Counsel for Debtors has filed an Application for Compensation and related papers with the Court seeking an order Granting Application for Compensation.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on application in **Courtroom 1204, United States Courthouse, 75 Ted Turner Drive S.W., Atlanta, Georgia, 30303, at 1:45 PM on November 06, 2018.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.

If you file a written response, you must attach a certificate stating when, how, and on whim (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 1, 2018

                                                                                                                                           /s/
                                                Craig A. Cooper
                                                GA Bar No. 941003
                                                The Semrad Law Firm, LLC
                                                303 Perimeter Center North. Suite 201
                                                Atlanta, GA 30346
                                                (678) 668-7160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| **CHESTER PAUL RAMAGOS &** | { | CASE NO. **17-69050** - LRC |
| **DANA LATRICE RAMAGOS** | { | |
| | { | |
| DEBTORS | { | |

# CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served, or caused to be served, a copy of the within Application for Compensation upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Chester Paul Ramagos**
**Dana Latrice Ramagos**
1413 Preston Park Dr.
Duluh, GA 30096

**US Trustee**
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

(*see Creditor Address Matix Annexed Hereto*)

I further certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via ECF

Dated: October 1, 2018

                                                                                                     _____/s/
                                                                                                       Craig A. Cooper
                                                                                                        GA Bar No. 941003
                                                                                                         The Semrad Law Firm, LLC
                                                                                                         303 Perimeter Center North. Suite 201
                                                                                                         Atlanta, GA 30346
                                                                                                         (678) 668-7160

```
Label Matrix for local noticing          (c)A. PORTER LUMMUS                     American InfoSource LP as agent for
113E-3                                   INWOOD HOLDINGS, LLC                    DIRECTV, LLC
Case 15-11705-whd                        3495 PIEDMONT RD NE BLDG 12-100         PO Box 51178
Northern District of Georgia             ATLANTA GA  30305-8001                  Los Angeles, CA  90051-5478
Newnan
Mon Oct  1 12:39:16 EDT 2018

BellSouth Telecommunications, Inc.       William Alexander Bozarth               Capital One Auto Finance
% AT&T Services, Inc                     Office of Melissa J. Davey              4515 N Santa Fe Ave. Dept. APS
Karen Cavagnaro, Paralegal               Standing Chapter 13 Trustee             Oklahoma City, OK 73118-7901
One AT&T Way, Room 3A104                 Suite 200
Bedminster, NJ 07921-2693                260 Peachtree Street, NW
                                         Atlanta, GA 30303-1236

Capital One Auto Finance                 Capital One Auto Finance, a division of Capi   Capital One Auto Finance, c/o AIS Portfolio
3905 N Dallas Pkwy                       c/o Ascension Capital Group             Services, LP f/k/a AIS Data Services
Plano, TX 75093-7892                     4515 N. Santa Fe Ave. Dept. APS         d/b/a Ascension Capital Group
                                         Oklahoma City, OK 73118-7901            4515 N Santa Fe Ave. Dept APS
                                                                                 Oklahoma City, OK 73118-7901

Melissa J. Davey                         Shawanda Frances Davis                  Department of Justice, Tax Div
Melissa J. Davey, Standing Ch 13 Trustee 100 Knight Way Apt. 902                 Civil Trial Section, Southern
Suite 200                                Fayetteville, GA 30214-1797             PO Box 14198; Ben Franklin Sta
260 Peachtree Street, NW                                                         Washington, DC 20044-4198
Atlanta, GA 30303-1236

Dept Of Education/neln                   Diversified Consultant                  Educational Credit Management Corporation
121 S 13th St                            10550 Deerwood Park Blvd                P.O. Box 16408
Lincoln, NE 68508-1904                   Jacksonville, FL 32256-0596             St. Paul, MN 55116-0408

Enhanced Recovery Corp                   Exeter Finance Corp                     Exeter Finance Corp.
Attention: Client Services               Po Box 166097                           PO Box 201347
8014 Bayberry Rd                         Irving, TX 75016-6097                   Arlington, TX 76006-1347
Jacksonville, FL 32256-7412

Exeter Finance LLC                       Exeter Finance LLC                      Fayette County Magistrate Ct
4515 N Santa Fe Ave. Dept. APS           P.O. Box 165028                         1 Center Drive
Oklahoma City, OK 73118-7901             Irving, TX 75016-5028                   Fayetteville, GA 30214-8401

Fulton Teachers Cred U                   (p)GEORGIA DEPARTMENT OF REVENUE        IC System
3604 Atlanta Ave                         COMPLIANCE DIVISION                     Attn: Bankruptcy
Hapeville, GA 30354-1958                 ARCS BANKRUPTCY                         444 Highway 96 East; Po Box 64378
                                         1800 CENTURY BLVD NE SUITE 9100         St. Paul, MN 55164-0378
                                         ATLANTA GA 30345-3202

Instaloan                                Instaloan of Union City, GA1            Internal Revenue Service
15 Bull Street                           4791 Jonesboro Rd Suite 5               401 W Peachtree St. NW
Suite 200                                Union City, GA 30291-1997               Stop 334-D
Savannah, GA 31401-2686                                                          Atlanta, GA 30308

Internal Revenue Service                 Leroy Davis Jr.                         Midland Funding
P.O. Box 7346                            130 Rockfort Court                      8875 Aero Dr Ste 200
Philadelphia, PA 19101-7346              Atlanta, GA 30349-4472                  San Diego, CA 92123-2255
```

| | | |
|---|---|---|
| Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient Solutions Inc. on behalf of USA Fund<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Navient Solutions, Inc. on behalf of TGSLC<br>P.O. Box 83100<br>Round Rock, TX 78683-3100 |
| Ncc Business Svcs Inc<br>9428 Baymeadows Rd Ste 2<br>Jacksonville, FL 32256-7912 | Nelnet<br>Attn: Claims<br>Po Box 17460<br>Denver, CO 80217-0460 | Nelnet on behalf of PHEAA<br>PA Higher Education Assistance Agency<br>PO Box 8147<br>Harrisburg, PA. 17105-8147 |
| Office of Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 | (c)PEGASUS RESIDENTIAL, L.L.C.<br>RA: A. PORTER LUMMUS<br>3495 PIEDMONT RD NE BLDG 12-100<br>ATLANTA GA  30305-8001 | Pfs<br>Po Box 811<br>Spartanburg, SC 29304-0811 |
| Jonathan A Proctor<br>The Semrad Law Firm, LLC<br>303 Perimeter Center North, #201<br>Atlanta, GA 30346-3425 | Philip L. Rubin<br>Lefkoff, Rubin. Gleason & Russo<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 | Special Assistant U.S. Attorne<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 |
| Stellar Recovery Inc<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216-8035 | Stu Ln Trust<br>701 E. 60th St. North<br>Sioux Falls, SD 57104-0432 | Trident Asst<br>53 Perimeter Ctr E Ste 4<br>Atlanta, GA 30346-2294 |
| U.S. Department of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | United States Attorney's Offic<br>75 Spring Street, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 | United Student Aid Funds, Inc (USAF)<br>PO Box 8961<br>Madison WI 53708-8961 |
| Us Dep Ed<br>Po Box 7202<br>Utica, NY 13504 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd. Suite 17200
Atlanta, GA 30345-3205

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
A. Porter Lummus                         PEGASUS RESIDENTIAL, L.L.C.
Inwood Holdings, LLC                     RA: A. Porter Lummus
12 Piedmont Ctr Ste 100                  12 Piedmont Center Ste 100
Atlanta, GA 30305                        Atlanta, GA 30305
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Educational Credit Management Corporation    (u)Exeter Finance Corp.              End of Label Matrix
P.O. Box 16408                                                                       Mailable recipients   48
St. Paul, MN 55116-0408                                                              Bypassed recipients    2
                                                                                     Total                 50
```